**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HAYDEN AI TECHNOLOGIES, INC., Plaintiff, v. FLEETMIND SEON SOLUTIONS INC. Defendants. | ) | Case No. 2-25-cv-528-JRG-RSP |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

In accordance with Local Patent Rule 4-5(d) and the Court's Scheduling Order (Dkt. 33), Plaintiff Hayden AI Technologies, Inc. ("Hayden") and Defendant Fleetmind Seon Solutions Inc. ("Fleetmind") submit this Joint Claim Construction Chart that contains the agreed and disputed claim terms for U.S. Patent No. 11,689,787 (the "'787 Patent") attached as Exhibit A hereto.

Dated: July 10, 2026

By: */s/ David Okano*

WHITE & CASE LLP
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
David Okano
david.okano@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Andy Legolvan (admitted *pro hac vice*)
andy.legolvan@whitecase.com
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7700

Alexandra J. Cho
alexa.cho@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

Ethan Plail
ethan.plail@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (212) 626-3600
Facsimile: (212) 639-9355

GILLAM & SMITH
Melissa R. Smith
Texas Bar No. 24001351
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

J. Travis Underwood
Texas Bar No. 24102587
McKellar L. Karr
Texas Bar No. 24114356
Travis@gillamsmithlaw.com
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com
Email: mckellar@gillamsmithlaw.com

*Attorneys for Plaintiff*
*Hayden AI Technologies, Inc.*

*<u>/s/ Michael J. Bonella</u>*

**Flaster Greenberg P.C.**
Michael J. Bonella (admitted EDTX-
PA Bar No. 79175)
Derek J. Brader (admitted *pro hac vice*)
Aakash K. Patel (admitted EDTX-
PA Bar No. 324390)
Stephanie Lim (admitted EDTX-
IL Bar No. 6324246)
Coraleine J. Kitt (admitted EDTX-
NJ Bar No. 362752021)
Regan J. Rundio (Texas Bar
No. 24122087)
Steven L. Wood (admitted EDTX-
DC Bar No. 995817)
James J. Hatton (admitted *pro hac*)
James Winn (admitted EDTX – IL Bar
No. 6307338)
Jerome Paul Redmann (admitted EDTX –
NY Bar No. 6346621)
1717 Arch Street Suite 3300
Philadelphia, PA 19103
215-587-5684
Michael.Bonella@flastergreenberg.com
Derek.Brader@flastergreenberg.com
Aakash.Patel@flastergreenberg.com
Stephanie.Lim@flastergreenberg.com
Coraleine.Kitt@flastergreenberg.com
Regan.Rundio@flastergreenberg.com
Steven.Wood@flastergreenberg.com
James.Hatton@flastergreenberg.com
James.Winn@flastergreenberg.com
Jerome.Redmann@flastergreenberg.com

Mark Basanta (admitted *pro hac vice*)
295 Madison Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 268-7111
Mark.Basanta@flastergreenberg.com

**Davis Firm PC**
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
213 N. Fredonia Street, Suite 230
Longview, Texas 75601

Phone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Defendant*
*FleetMind Seon Solutions Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 10, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ J. Travis Underwood*
J. Travis Underwood