**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| Claim Term | '787 Patent Claim | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| "an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>**an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle**;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least | "an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle such that the LPR camera housing is not substantially parallel to or not directly facing a windshield of the carrier vehicle" | "angle with respect to a windshield of the carrier vehicle" means "the angle between the LPR camera housing and a windshield of the carrier vehicle in the plane that extends laterally from the optical axis of one LPR camera." | |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "interior of a carrier vehicle" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an **interior** | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | **of a carrier vehicle** at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first | | | |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "windshield" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a **windshield** of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras, | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |

| | | | | |
|---|---|---|---|---|
| | wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a **windshield** of the carrier vehicle.<br><br>**11.** The LPR camera assembly of claim 10, wherein the LPR camera mount is configured to mount the LPR camera housing such that a distal skirt edge of the at least one LPR camera skirt is positioned less than 3.0 cm from a **windshield** of the | | | |

| | | | | |
|---|---|---|---|---|
| | carrier vehicle but does not physically contact the **windshield** of the carrier vehicle. | | | |
| "a plurality of infrared (IR) lights" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>**a plurality of infrared (IR) lights** configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras, wherein the at least one LPR camera skirt comprises an outer | Plain and Ordinary Meaning. | "at least one IR light disposed between the first inner skirt lateral side and the first outer skirt lateral side, and at least one IR light disposed between the second inner skirt lateral side and the second outer skirt lateral side." | |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and | Plain and Ordinary Meaning. | "wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt such that the plurality of IR lights are positioned laterally between the inner LPR camera skirt and the outer LPR camera skirt" | |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras, wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt” | configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>**at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,**<br>**wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt**,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and | | | |

| | | | | |
|---|---|---|---|---|
| | wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "a first outer camera skirt lateral side and a second outer camera skirt lateral side" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises **a first outer camera skirt lateral side and a second outer camera skirt lateral side**,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "a first inner camera skirt lateral side and a second inner camera skirt lateral side" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more | Plain and Ordinary Meaning. | "a first inner camera skirt lateral side" means "an inner skirt lateral side located between at least one of the plurality of IR lights and at least one of the one or more LPR cameras." | |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| | license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera | | "a second inner camera skirt lateral side" means "an inner skirt lateral side located between at least one of the plurality of IR lights and at least one of the one or more LPR cameras." | |

| | | | | |
|---|---|---|---|---|
| | skirt comprises **a first inner camera skirt lateral side and a second inner camera skirt lateral side**, and<br>wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side" | **1.** A license plate recognition (LPR) camera assembly, comprising:<br>an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding | Plain and Ordinary Meaning. | "the length of . . . the second inner camera skirt lateral side" means "the distance the second inner camera skirt lateral side extends in the plane that extends laterally from the optical axis of one LPR camera."<br><br>"the length of . . . the first inner camera skirt lateral side" means "the distance the first inner camera skirt lateral side extends in the plane that extends laterally from the optical axis of one LPR camera." | |

| | | | | |
|---|---|---|---|---|
| | outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>wherein **the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side** is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle. | | | |
| "wherein the length of at least one of | **1.** A license plate recognition (LPR) camera assembly, comprising: | Plain and Ordinary Meaning. | **Indefinite.** The limitation recites a method step—"is determined"— | |

| | | | | |
|---|---|---|---|---|
| the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle" | an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in a traffic violation event;<br>an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;<br>a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and<br>at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,<br>wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt,<br>wherein the outer LPR camera skirt comprises a first outer | | within an apparatus claim, and therefore impermissibly claims both a system and a method.<br><br>In the alternative, if the limitation is not indefinite as a mixed system-and-method claim, it is a product-by-process limitation, and "angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle" should be construed to mean: "the angle between the second outer camera skirt lateral side and a windshield of the carrier vehicle, measured in the plane that extends laterally from the optical axis of one LPR camera."<br><br>In the further alternative, if the term cannot be so construed, the limitation is indefinite for failing to inform a person of ordinary skill in the art, with reasonable certainty, of the scope of the claim. | |

| | | | | |
|---|---|---|---|---|
| | camera skirt lateral side and a second outer camera skirt lateral side,<br>wherein the inner LPR camera skirt comprises a first inner camera skirt lateral side and a second inner camera skirt lateral side, and<br>**wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle**. | | | |
| "wherein a length of the first outer camera skirt lateral side is greater than the length of the second outer camera skirt lateral side" | **6.** The LPR camera assembly of claim 1, **wherein a length of the first outer camera skirt lateral side is greater than the length of the second outer camera skirt lateral side**. | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |
| "wherein a length of the first inner camera skirt lateral side is greater than the length of the | **7.** The LPR camera assembly of claim 6, **wherein a length of the first inner camera skirt lateral side is greater than the length of the second inner camera skirt lateral side**. | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| second inner camera skirt lateral side” | | | | |
| “wherein the length of the first inner camera skirt lateral side is less than the length of the first outer camera skirt lateral side” | **8.** The LPR camera assembly of claim 1, **wherein the length of the first inner camera skirt lateral side is less than the length of the first outer camera skirt lateral side**. | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |
| “wherein the LPR camera mount is configured to mount the LPR camera housing to a ceiling or headliner of the carrier vehicle” | **10.** The LPR camera assembly of claim 1, **wherein the LPR camera mount is configured to mount the LPR camera housing to a ceiling or headliner of the carrier vehicle**. | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |
| “wherein the LPR camera mount is configured to mount the LPR camera housing such that a distal skirt edge of the at least one LPR camera skirt is | **11.** The LPR camera assembly of claim 10, **wherein the LPR camera mount is configured to mount the LPR camera housing such that a distal skirt edge of the at least one LPR camera skirt is positioned less than 3.0 cm from a windshield of the carrier vehicle but does not physically contact the** | [**AGREED**] | [**AGREED**] | Plain and Ordinary Meaning. |

**EXHIBIT A – P.R. 4-5(d) Chart for U.S. Patent No. 11,689,787**

| | | | | |
|---|---|---|---|---|
| positioned less than 3.0 cm from a windshield of the carrier vehicle but does not physically contact the windshield of the carrier vehicle" | **windshield of the carrier vehicle**. | | | |