# *Hayden AI Technologies, Inc. v. FleetMind Seon Solutions, Inc.*, No. 2:25-cv-0528-JRG-RSP (E.D. Texas)

FleetMind's Claim Construction

August 4, 2026

# ’787 Patent Figures 3A-3D: Vertically Aligned




FIG. 3B

# ’787 Patent, Fig. 5A, Two –Skirt Vertically Offset




FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

# ’787 Patent, Fig. 9, Two –Skirt Bilateral LED Embodiment

Outer Skirt Second Lateral Side




Inner Skirt Lateral Sides

FIG. 9

LEDs laterally disposed



FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

# The Determined Clause

## Three Issues:

1. Indefinite as improper mixed device/method claim?

2. Product-by-Process limitation?

3. Meaning of the claimed "angle."

# The Determined Clause

Present tense action language:

wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle.



Dkt. 118-02, 31:13-17

# The Determined Clause: An act in a Device Claim

Claim 1's Camera Assembly

Structure LPR camera housing

Structure LPR camera mount

Structure Plurality of IR lights

Structure LPR camera skirt (inner + outer)

**Act** – "wherein the length . . . is determined based on an angle . . ."

**Claim Language Supports "is determined" is an act in a device claim**

**IPXL rule.**

A claim that claims both a device and a method is indefinite. *IPXL v. Amazon*, 430 F.3d 1377, 1384 (Fed. Cir. 2005).

# The Determined Clause

No structure claimed for "determined."

- "Determined" is "how" a lateral length is calculated.
- "Determined" is not a function of claimed structure.
- No structure claimed that does the "determined."

wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle.



Dkt. 118-02, 31:13-17

# The Determined Clause: Indefinite

Specification describes "is determined" as a method, no structure described for "determined:"

Moreover, the length or height of the lateral sides of the inner LPR camera skirt **500** can be determined based on the

For example, the length or height ($h_1$) of the first inner camera skirt lateral side **502** can be determined based on the angle ($\theta$) made by the second outer camera skirt lateral side

Also, for example, the length or height ($h_1$) of the first inner camera skirt lateral side **502** can be determined based

The length or height ($h_2$) of the second inner camera skirt lateral side **504** can be determined based on the angle ($\theta$)

Dkt. 118-02, 31:13-17; 21-23; 31:28-30; 51-53.

# The Determined Clause: Indefinite

Specification does not describe structure for performing "is Determined"

The below equation (Equation 5) can be used to calculate the length or height ($h_1$) of the first inner camera skirt lateral side **502**:

$$h_1 \leq \min(d \times \tan\theta,\ a \times H/W) \quad \text{[Equation 5]}$$

For example, the length or height ($h_2$) of the second inner camera skirt lateral side **504** can first be determined by calculating angle α. Angle α can be calculated using Equation 6 below:

$$\alpha = \arctan\frac{\sin\theta}{2Y/(a+d) - \cos\theta}, \quad \text{[Equation 6]}$$

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

Dkt. 118-02, 31:38-43; 31:63-32:4.

# The Determined Clause: Indefinite

**IPXL Rule.** A single claim covering both a device and a method is indefinite. *IPXL v. Amazon*, 430 F.3d 1377, 1384 (Fed. Cir. 2005).

“ the user uses the input means to either change”

*In re Katz*, 639 F.3d 1303, 1318 (Fed. Cir. 2011).

“wherein said certain of said individual callers digitally enter data.”

*H-W Tech., L.C. v. Overstock.com, Inc.*, 758 F.3d 1329, 1335-36 (Fed. Cir. 2014).

*“user completes a transaction” & “wherein said user selects”*

*Rembrandt Data Techs., LP v. AOL, LLC,* 641 F.3d 1331, 1339-40 (Fed. Cir. 2011).

“transmitting the trellis encoded frames”

*Bushnell Hawthorne, LLC v. Cisco Systems. Inc.*, No. 1:18-cv-760, 2019 WL 2745735, *7-*9 (E.D. Va. June 27, 2019).

“wherein the system further comprises maintaining a list”

# The Determined Clause: Indefinite

Claim is not "***clearly limited*** to an apparatus processing recited ***structure and capable of performing the recited functions***"

*Power Integrations, Inc. v. ON Semiconductor Corp.*, No. 16-cv-6371, 2018 WL 5603631, *16-*17 (N.D. Cal. Oct. 26, 2018).

"said control signal being provided" - indefinite.

*Bushnell Hawthorne, LLC v. Cisco Systems. Inc.*, No. 1:18-cv-760, 2019 WL 2745735, *7-*9 (E.D. Va. June 27, 2019).

"wherein the system further comprises maintaining a list" - indefinite.

no language (*e.g.* "for") indicating computer capability as opposed to method

*In re Katz*, 639 F.3d 1303, 1318 (Fed. Cir. 2011).

Rejected argument that "wherein" signifies "functional capability" not a method. – indefinite.

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

# The Determined Clause: Hayden Identifies No Structure that Performs "Is Determined"

wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle.



Dkt. 118-02, 31:13-17

# The Determined Clause: "Determined" is not a "length," "function," "capability" or "criteria

Hayden incorrectly asserts:

"The limitation . . . describes the length of a physical component"

"is determined" is how, not a lateral length, no lateral length is specified in the claim.

Hayden incorrectly asserts:

The "is determined" limitation "is directed toward the design criteria of the structure and its capabilities, not the subsequent use of the product."
(Dkt. 135, 2-3).

"is determined" is how, not a "criteria" (e.g., 20-800 nm).

"is determined" is not a "capability" -- the lateral length and the angle are not capable of determining.

# The Determined Clause: Not a Function of Claimed Structure

**Hayden's Cases do not Apply:**

*In re McFadden*, No. 2024-2017, 2025 WL 2553720, * 4 (Fed. Cir. Sept. 5, 2025).

"a subsystem configured to use the method of"

*MasterMine Software, Inc. v. Microsoft Corp.*, 874 F.3d 1307, 1315–16 (Fed. Cir. 2017).

"processor for executing instructions comprising: a conditional execution decision logic pipeline stage . . . for performing . . . and producing"

*Pegasus Wireless Innovation LLC v. Verizon Commc'ns Inc.*, No. 23-cv-640, Dkt. 416 at 13–14 (EDTX July 3, 2025).

"a processor performs . . . to decide . . . to transmit . . . to receive"

# The Determined Clause: Not a Function of Claimed Structure

**Hayden's Cases do not apply:**

*UltimatePointer, L.L.C. v. Nintendo Co., Ltd.*, 816 F.3d 816, 827 (Fed. Cir. 2016).

"an image sensor, said image sensor generating data"

*INVT SPE LLC v. Int'l Trade Comm'n*, 46 F.4th 1361 (Fed. Cir. 2022).

"a receiving section that receives"

*Typhoon Touch Techs., Inc. v. Dell, Inc.*, 659 F.3d 1376 (Fed. Cir. 2011).

"a memory for storing" & "means for cross-referencing"

*LifeNet Health v. LifeCell Corp.*, 837 F.3d 1306, 1327 (Fed. Cir. 2106).

"one or more plasticizers are not removed from said internal matrix"

# The Determined Clause

*KIPB LLC v. Samsung Elecs. Co.*, No. 19-cv-56-JRG-RSP, 2020 WL 1495231, *6 (E.D. Tex. Mar. 27, 2020).

Structure of 20nm-800 nm was recited in the claim:

"wherein the parasitic capacitance between said gate and bulk silicon substrate is reduced by selecting the thickness of said second oxidation layer to be between 20 nm and 800 nm"

"more akin to the formation of a particular structure to have certain capabilities"

**787 Patent:**

- No structural length dimension claimed in the '787 patent.
- How a "length . . . is determined" is not structure and not a capability.
- Specification describes processes, calculations for the determination.

# The Determined Clause

*RigihtQuestion, LLC v. Samsung Electronics Co., Ltd.,* No. 2:21-cv-238-JRG-RSP, 2022 WL 1154611, *8-*10 (E.D. Tex. April 18, 2022).

Software processor structure "configured to" claimed.

> "a first processor configured to
>
> . . .
>
> facilitate a login of the user . . . wherein the user is logged in to the external resource"

"Nothing in this language requires the user to do the "logging in."

"This is clear not only from the passive-voice nature of the clause, but from the specification, which "translates" the user's biometric data into the stored credentials required by this claim and transmits output relating to those credentials for the purpose of logging in the user."

# The Determined Clause: Product-by-Process

Claims and Specification Described "is Determined" as a Method:

wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle.

Dkt. 118-02, 31:13-17

The below equation (Equation 5) can be used to calculate the length or height ($h_1$) of the first inner camera skirt lateral side **502**:

$$h_1 \leq \min(d \times \tan\theta,\ a \times H/W) \qquad \text{[Equation 5]}$$

Dkt. 118-02, 31:37-42

# The Determined Clause: Product-by-Process

**Product-by-Process Limitations:**

*Abbott Labs, v. Snadoz*, 566 F.3d 1282 (Fed. Cir. at 2009) (en banc).

"obtainable by acidifying a solution" & "obtainable by dissolving"

*Greenliant Sys., Inc. v. Xicor LLC*, 692 F.3d 1261, 1269 (Fed. Cir. 2012).

"being formed by low pressure chemical vapor deposition"

*Kamstrup A/S v. Axioma Metering UAB*, 43 F.4th 1374, 1382 (Fed. Cir. 2022).

"a monolithic polymer structure being cast in one piece"

# This Court has held "is Determined" is Product-by-Process

*Zicore* – '920 Patent, Claim 15

Shape "is determined through use of a software application"

=

'787 Patent, Claim 1

Length "is determined based on an angle . . ."

"These limitations are not structural characteristics of the restoration, they are limitations that define the restoration by the steps taken to form the restoration. Thus, the claims are product-by-process claims."

*Zicore, LLC v. Straumann Mfg., Inc.*, No. 2:15-cv-01557-JRG-RSP, 2016 WL 6093482, at *16 (E.D. Tex. Oct. 17, 2016).

# The Determined Clause: Product-by-Process

**Hayden’s Cases do not Apply :**

*3M Innovative Props. Co. v. Avery Dennison Corp.,350* F.3d 1365, 1374 (Fed. Cir. at 2003) .

patentee expressly defined ”embossed” as structure, a topography, in specification, not a process.

*In re Nordt Dev. C.,* 881 F.3d 1371, 1374 (Fed. Cir. 2018).

undisputed that ‘injection molded strut component” denoted structural differences between a fabric component as defined in the specification.

# The Determined Clause: Product-by-Process

**Hayden's Cases do not Apply :**

*In re Nuijen*, 500 F.3d 1346, 1355(Fed. Cir. 2007).

rejected argument that claim for "a signal . . . being encoded" is a method claim.

*Fractus, S.A. v. AT&T Mobility, LLC,* No .18-cv-135-JRG, 2019 WL 1641357, *12-*13 (E.D. Tex. April 16, 2019).

"wherein positions of the plurality of antenna elements result from juxtaposition of a plurality of mono-band antenna arrays"

specification described juxtaposition as structural position "juxtaposition or interleaving" of single-band arrays

# The Determined Clause: Angle

wherein the length of at least one of the second inner camera skirt lateral side and the first inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side and a windshield of the carrier vehicle.



Dkt. 118-02, 31:13-17

# The Determined Clause: Angle

## FleetMind's Proposed Construction:

"the angle between the second outer camera skirt lateral side and a windshield of the carrier vehicle, measured in the plane that extends laterally from the optical axis of one LPR camera."

***An Angle Needs a Plane***



# Same Skirt. Same Windshield. Different "Angles"




Side View (Fig. 4A)




Top-Down View (Fig. 9)

In three dimensions, "the angle" between a skirt side and a windshield does not exist until a plane of measurement is chosen. Different plane → different angle → different claimed skirt length → **different infringement result**.

# The Determined Clause: Angle

***A Skirt Makes Different Angles in Different Planes with a Windshield***

Angles with Vertical Plane

Second Outer Skirt Lateral Side

Angles with Lateral Planes



# The Patent Answers the Question Exactly Once: Figure 9

**The only teaching.** The patent's sole disclosure of how to determine inner skirt lengths from the claimed angle is Figure 9 and Equations 5-8. '787 Patent 27:21-28:33; Dkt. 120 at 14.

**The angle lives in one plane.** Figure 9's θ is measured in the plane that extends laterally from the optical axis of the LPR camera. Dagher ¶¶ 99-100.

**It serves the invention's purpose.** Blocking reflected IR light only works because the LEDs, camera, and skirt sides are analyzed in the plane containing the optical axis. Dagher ¶¶ 68-69.

**Figure 9 Annotated**



# Angle: One Disclosed Embodiment

Moreover, the length or height of the lateral sides of the inner LPR camera skirt **500** can be determined based on the following two constraints: 1) the length or height of the lateral side of the inner LPR camera skirt **500** should not block any incoming IR light rays to the nighttime LPR camera **304** (e.g., the IR camera), and 2) the length or height of the lateral side of the inner LPR camera skirt **500** should block IR light rays that are reflected back to the nighttime LPR camera **304** (e.g., the IR camera) by the windshield **402**.

For example, the length or height ($h_1$) of the first inner camera skirt lateral side **502** can be determined based on the angle (θ) made by the second outer camera skirt lateral side **505** and the windshield **402** and the distance (d) separating either the first IR LED **320** ($I_1$) and the first inner camera skirt lateral side **502** or the second IR LED **320** ($I_2$) and the second inner camera skirt lateral side **504**.

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

Dkt. 118-02, 27:9-23; *see also* 27:10-27:25.

# Angle: One Disclosed Embodiment

The below equation (Equation 5) can be used to calculate the length or height ($h_1$) of the first inner camera skirt lateral side **502**:

$$h_1 \leq \min(d \times \tan\theta,\ a \times H/W) \quad \text{[Equation 5]}$$

Dkt. 118-02, 28:38-42.

For example, the length or height ($h_2$) of the second inner camera skirt lateral side **504** can first be determined by calculating angle α. Angle α can be calculated using Equation 6 below:

$$\alpha = \arctan\frac{\sin\theta}{2Y/(a+d) - \cos\theta}, \quad \text{[Equation 6]}$$

Dkt. 118-02, 27:64-28:9.

# Equations 5-8 work only Because Everything is Coplanar

Figure 9 Excerpted, Annotated




Figure 9 Excerpted, Annotated




Calculations assume a relationship between angle outer skirt second lateral side makes with the windshield and the angle alpha based on coplanar components and lateral placement of LEDs.

**Built-in geometry.** The equations assume right angles, a common backplane, and camera, LEDs, and skirt ends all in the plane of the optical axis. Dagher ¶ 96.

**One θ fixes everything.** A single angle θ determines the whole figure only because every component sits in that one plane. Dagher ¶ 100.

**Out of plane, the math breaks.** The patent “does not describe how the angle (θ) would be” applied in any other cross-section. Dagher ¶ 100.

# ’787 Patent Figures 3A-3D: Vertically Aligned




FIG. 3B

How determine inner skirt lateral side length, from angle second outer skirt lateral side makes with the windshield, to block reflected IR light when IR Lights are beneath and offset from the camera?

LPR Nighttime Camera

Outer Skirt Second Lateral Side

LEDs are Below Camera and Offset

# ’787 Patent, Fig. 5A, Two –Skirt Vertically Offset




How determine inner skirt lateral side length, from angle second outer skirt lateral side makes with the windshield, to block reflected IR light when IR Lights are beneath and offset from the camera?

# Angle: Unclaimed Embodiments Do not Include Second Outer Skirt Lateral Side Angle

For example, the length or height of the lateral sides of the inner LPR camera skirt **500** can be determined based on certain combinations of the following parameters: an (i) angle (θ) made by at least one of the lateral sides of the inner LPR camera skirt **500** and the windshield **402**, a (ii) length or height of one of the lateral sides of the outer LPR camera skirt **501**, a (iii) distance separating the nighttime LPR camera **304** and the lateral sides of the outer LPR camera skirt **501**, a (iv) distance separating each of the IR LEDs **320** and the lateral sides of the inner LPR camera skirt **500**, a (v) distance separating the nighttime LPR camera **304** and one of the lateral sides of the inner LPR camera skirt **500**, and a (vi) distance separating the nighttime LPR camera **304** and the windshield **402** in a direction orthogonal to the windshield **402**.

Flaster Greenberg
Attorneys at Law | A Professional Corporation

Dkt. 118-02, 26:63-27:10.

# Angle: No Defined Plane, the Claim Fails *Nautilus*




**The standard.** Claims must inform a POSITA of the invention's scope "with reasonable certainty." *Nautilus v. Biosig*, 572 U.S. 898 (2014)

**The failure.** Without a plane of measurement, a POSITA cannot know which of the many possible angles controls the claimed skirt length.

One skirt side, measured in three planes, three different angles.

Which one determines the claimed length?

# The "Plurality of (IR) Lights Limitation

a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and

| FleetMind's Construction | Hayden's Construction |
|---|---|
| "a plurality of infrared (IR) lights" means "at least one IR light disposed between the first inner skirt lateral side and the first outer skirt lateral side, and at least one IR light disposed between the second inner skirt lateral side and the second outer skirt lateral side. | Plain and Ordinary Meaning. |

# The "Plurality of (IR) Lights Limitation

## IR Lights Located by the Claim Language

a plurality of infrared (IR) lights configured to illuminate an event scene of the traffic violation event; and

at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to prevent reflected IR light from interfering with the videos captured by the one or more LPR cameras,

Dkt. 118-02, 30-65-31:2

# Term B – The Claim Fixes Where the IR Lights sit




**The claim as a whole sets the position.**

‘Configured to illuminate” = illuminating light is not blocked from camera

“at least one LPR camera skirt configured to prevent reflected IR light” = positions IR lights between in between skirts

“the length of . . . inner camera skirt lateral side is determined based on an angle made by the second outer camera skirt lateral side” = positions at least one IR light laterally between inner and outer skirts

# The "Plurality of (IR) Lights Limitation

Hayden incorrectly argues that FleetMind's proposed construction requires all of the claimed "plurality" of IR Lights to be nested laterally—

FleetMind's Proposed Construction: "at least one"

| FleetMind's Construction | Hayden's Construction |
| --- | --- |
| "a plurality of infrared (IR) lights" means "at least one IR light disposed between the first inner skirt lateral side and the first outer skirt lateral side, and at least one IR light disposed between the second inner skirt lateral side and the second outer skirt lateral side. | Plain and Ordinary Meaning. |

# The "Plurality of (IR) Lights Limitation

Hayden's "no positional limitation" is contrary to claim as a whole and the specification (Dkt. No. 118, p. 12).

Hayden would permit the IR Lights to be Outside the Outer skirt.




FIG. 3B

How determine inner skirt lateral side length, from angle second outer skirt lateral side length makes with the windshield, to block reflected IR light when IR Lights are beneath and offset from the camera?

Second Outer Skirt Lateral Side

# The "Plurality of (IR) Lights Limitation

Hayden's "no positional limitation" is contrary to claim as a whole and the specification (Dkt. No. 118, p. 12).

How determine inner skirt lateral side length, from angle second outer skirt lateral makes with the windshield, to block reflected IR light when IR Lights are beneath and offset from the camera?



# The "Plurality of (IR) Lights Limitation

Hayden incorrectly argues that FleetMind's proposed construction contradicts claim 4:

Claim 4:

> "wherein the plurality of IR lights are arranged in an array"

Not true.

> Example – an array can surround the inner skirt.

# The "LPR Camera Skirt" Limitation

| FleetMind's Construction | Hayden's Construction |
|---|---|
| "wherein the at least one LPR camera skirt comprises an outer LPR camera skirt and an inner LPR camera skirt at least partially shrouded or surrounded by the outer LPR camera skirt such that the plurality of IR lights are positioned laterally between the inner LPR camera skirt and the outer LPR camera skirt" | Plain and Ordinary Meaning.<br><br>Hayden's New Construction:<br><br>"The 'at least one LPR camera skirt' must be: (1) coupled to and protruding outwardly from the LPR camera housing; (2) configured to prevent reflected IR light from interfering with captured video; and (3) comprised of an outer skirt and an inner skirt at least partially shrouded or surrounded by the outer skirt."[84] |

# The "Inner Skirt Lateral Side" Limitation

| FleetMind's Construction | Hayden's Construction |
|---|---|
| "a first inner camera skirt lateral side" means "an inner skirt lateral side located between at least one of the plurality of IR lights and at least one of the one or more LPR cameras."<br><br>"a second inner camera skirt lateral side" means "an inner skirt lateral side located between at least one of the plurality of IR lights and at least one of the one or more LPR cameras." | Plain and Ordinary Meaning. |

# The "Lateral Side Length" Limitation

| FleetMind's Construction | Hayden's Construction |
|---|---|
| "the length of . . . the second inner camera skirt lateral side" means "the distance the second inner camera skirt lateral side extends in the plane that extends laterally from the optical axis of one LPR camera."<br><br>"the length of . . . the first inner camera skirt lateral side" means "the distance the first inner camera skirt lateral side extends in the plane that extends laterally from the optical axis of one LPR camera." | Plain and Ordinary Meaning.<br><br>Hayden's New Construction:<br><br>"[T]he extent to which a lateral side of the inner camera skirt extends outwardly from the distal face of the LPR camera housing."[85] |

Two Disputes:

1. Length in what Plane?
2. Where to start Measuring the Length?

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

# The "Lateral Side Length" Limitation

Figure 9 shows the plane:

Plane that matters is the plane with the camera's optical axis – lateral length is to block reflected IR light-



# The "Lateral Side Length" Limitation

Figure 9 shows the starting point:

Length starts with plane having the camera's optical axis – lateral length is to block reflected IR light-




Plane with camera's optical axis

# The "Lateral Side Length" Limitation

Hayden's Construction:

1. Incorrectly uses the "housing" and not the camera as the reference point
   - if inner skirt extends behind camera, the length determination makes no sense.
   - length is to block reflected IR light.

2. No plane defined for "determined" clause to have support.

# The "Housing" Limitation

an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle at an angle with respect to a windshield of the carrier vehicle;

| FleetMind's Construction | Hayden's Construction |
| --- | --- |
| "angle with respect to a windshield of the carrier vehicle" means<br><br>"the angle between the LPR camera housing and a windshield of the carrier vehicle in the plane that extends laterally from the optical axis of one LPR camera." | "an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to an interior of a carrier vehicle such that the LPR camera housing is not substantially parallel to or not directly facing a windshield of the carrier vehicle." |

Two Disputes:

1. Angle in what Plane?
2. Hayden's "substantially parallel to or not directly facing" exclusion.

# The "Housing" Limitation

## Hayden's Proposed Construction is Contrary to the Specification




FIG. 1B illustrates a scenario where the camera-based perception system can be utilized to detect a traffic violation committed by an offending vehicle.

FIG. 1B illustrates an example scenario where the system **100** of FIG. 1A can be utilized to detect a traffic violation. An offending vehicle **124** can be parked or otherwise stopped in a restricted road area **126**. The restricted road area **126** can be a bus lane, a bike lane, a no-parking or no-stopping zone (e.g., a no-parking zone in front of a red curb or fire hydrant), a pedestrian crosswalk, or a combination thereof. In other embodiments, the restricted road area **126** can be a restricted parking spot where the offending vehicle **124** does not have the necessary credentials or authorizations to park in the parking spot. The restricted road area **126** can be marked by certain insignia, text, nearby signage, road or curb coloration, or a combination thereof. In other embodiments, the restricted road area **126** can be designated or indicated in a private or public database (e.g., a municipal GIS database) accessible by the control unit **102** of the system **100**, the server, or a combination thereof.

# The "Housing" Limitation

Hayden's Proposed Construction is not Supported by the Specification

FIGS. **5B** and **5C** also illustrate that the context camera assembly **104** can be mounted such that the context camera **112** directly faces the front windshield **402** of the carrier vehicle **128**. For example, the context camera assembly **104** can be mounted such that a distal or front face of the context camera housing **113** is substantially parallel to the windshield **402** of the carrier vehicle **128**.

Dkt. 118-02, 23:11-18.

The LPR camera mount **120** can be designed to allow the entire LPR camera assembly **106** to face the windshield **402** of the carrier vehicle **128** at an angle (see FIGS. FIGS. **4**A, **4**B, **5**B, and **5**C). This can allow the one or more LPR cameras **118** to take videos of license plates of vehicles directly in front of or on one side (e.g., a right side or left side) of the carrier vehicle **128**.

Dkt. 118-02, 16:26-32.

FLASTER GREENBERG
Attorneys at Law | A Professional Corporation

# The Child Application "Laterally" Amendment Does not Define the Plane

a license plate recognition (LPR) camera assembly, comprising:

an LPR camera housing containing one or more LPR cameras configured to capture videos containing one or more license plates of one or more vehicles involved in the traffic violation event,

an LPR camera mount coupled to the LPR camera housing and configured to mount the LPR camera housing to the interior of the carrier vehicle at an angle, laterally, with respect to a windshield of the carrier vehicle, and

at least one LPR camera skirt coupled to and protruding outwardly from the LPR camera housing, wherein the at least one LPR camera skirt is configured to block unwanted ambient light; and

a control unit communicatively coupled to the context camera and the one or more LPR cameras and configured to receive videos captured by at least one of the context camera and the one or more LPR cameras and transmit the videos wirelessly to another device.

# The Child ’737 Application “Laterally” Amendment is Not Relevant

’787 Patent Issues

Claim recites “at an angle” – no plane, no direction

Child App. No. 18/314,737

Applicant amends to “at an angle, laterally” to distinguish prior art

This Dispute

Hayden asks the Court to construe the parent from the child’s later amendment